1  DANIEL G. BOGDEN
   United States Attorney
2
   DANIEL R. SCHIESS
3  SARAH E. GRISWOLD
   Assistant United States Attorneys
4  333 Las Vegas Boulevard, Suite 5000
   Las Vegas, Nevada 89101
5  (702) 388-6336

6  Attorneys for Plaintiff
   United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 2:10-cr-273-MMD-NJK |
| v. | **Proposed Order of Forfeiture** |
| **OUDOM SOMEE,** | |
| Defendant. | |

The United States submits a proposed order of forfeiture in the amount of $1,334,913.60 as ordered by the Court at sentencing in the above-referenced matter. The proposed order is submitted herewith as Exhibit A.

DANIEL G. BOGDEN
United States Attorney

 /s/
DANIEL R. SCHIESS
SARAH E. GRISWOLD
Assistant United States Attorneys

Certificate of Service

I certify that a copy of the foregoing matter was served on the defendant's attorney by means of the court's electronic filing system.

/s/ Daniel R. Schiess

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
    v. )    2:10-CR-273-MMD-NJK
)
OUDOM SOMEE, )
)
          Defendant. )

# ORDER OF FORFEITURE

On November 21, 2012, defendant OUDOM SOMEE was convicted by a jury of Counts One through Eleven of an Eleven-Count Criminal Superseding Indictment, charging him in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; in Counts Two through Nine with Wire Fraud in violation of Title 18, United States Code, Section 1343; in Count Ten with Bank Fraud in violation of Title 18, United States Code, Section 1344; and in Count Eleven with Mail Fraud in violation of Title 18, United States Code, Section 1341. Minutes of Proceedings, Jury Verdict, ECF No. 104.

This Court finds that OUDOM SOMEE shall pay a criminal forfeiture money judgment of $1,334,913.60 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A);and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from OUDOM SOMEE a criminal forfeiture money judgment in the amount of $1,334,913.60 in United States Currency.

DATED this 30th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE